Before PAULINE NEWMAN, RADER, and SCHALL, Circuit Judges.

* We note that the trial judge assigned to Hornback's case died on August 7, 2001 and that the Court of Federal Claims will be reassign-

ON PETITION FOR WRIT
OF MANDAMUS

SCHALL, Circuit Judge.

### ORDER

Alton B. Hornback petitions for a writ of mandamus to direct the Court of Federal Claims to issue an opinion in Hornback's case, 99–38C.*

Upon consideration thereof,

IT IS ORDERED THAT:

The petition is denied.

**In re Scott S. HENDRON and
Michael E. Kennedy.**

No. 01–1252.

United States Court of Appeals,
Federal Circuit.

Aug. 30, 2001.

### ORDER

The parties having so agreed, it is

ing Hornback's case in the usual course of business of the court.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).